**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: La Fronza v. PeopleConnect, Inc. et al

Case Number: 1:21-cv-00280

An appearance is hereby filed by the undersigned as attorney for:
PeopleConnect, Inc., Intelius LLC

Attorney name (type or print): Wade A. Thomson

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6282174
(See item 3 in instructions)

Telephone Number: (312) 840-8613

Email Address: WThomson@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2021

Attorney signature: S/ Wade A. Thomson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015