IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLECONNECT, INC., and INTELIUS LLC, <br><br> Defendants. | Case No. 1:21-cv-00280 <br><br> Honorable Edmond E. Chang |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS PEOPLECONNECT, INC. AND INTELIUS LLC TO ANSWER OR OTHERWISE PLEAD**

The parties respectfully move for an agreed extension of time to answer Plaintiffs' Class Action Complaint. In support of this motion, the parties state as follows:

1. On January 15, 2021, Plaintiff Anna La Fronza, individually and on behalf of all others similarly situated, filed a Class Action Complaint against PeopleConnect, Inc. ("PeopleConnect") and Intelius LLC ("Intelius").

2. On January 25, 2021, PeopleConnect and Intelius were served. Shortly thereafter, counsel for PeopleConnect and Intelius reached out to plaintiff's counsel to request an extension of time to answer or otherwise plead. Plaintiff's counsel agreed to give PeopleConnect and Intelius 40 days to answer or otherwise plead, thus making PeopleConnect and Intelius's answer or responsive pleading due on March 29, 2021.

3. Granting this request for an extension of time will neither prejudice any party nor unreasonably delay this litigation.

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court grant this motion and enter an Order extending the deadline for Defendant PeopleConnect, Inc. and Intelius LLC to file an answer or otherwise plead up to and including, March 29, 2021.

Dated: February 2, 2021

Respectfully submitted,

By:

| PEOPLECONNECT, INC., AND INTELIUS LLC | ANNA LA FRONZA, individually and on behalf of all others similarly situated, |
|---|---|
| */s/* Wade A. Thomson<br>Wade A. Thomson, #6282174<br>WThomson@jenner.com<br>Debbie L. Berman, #6205154<br>DBerman@jenner.com<br>Clifford W. Berlow, #6292383<br>cberlow@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>Ian Heath Gershengorn (*pro hac vice*) (pending)<br>igershengorn@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001-4412<br>Phone: (202) 637-6323<br>*Attorneys for Defendants* | */s/* Philip L. Fraietta<br>Philip L. Fraietta (*Pro Hac Vice*)<br>pfraietta@bursor.com<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Phone: (646) 837-7150<br>Facsimile: (212) 989-9163<br><br>J. Dominick Larry<br>nick@nicklarry.law<br>NICK LARRY LAW LLC<br>8 S. Michigan Avenue<br>Suite 2600<br>Chicago, IL 60603<br>Phone: (773) 694-4669<br>Facsimile: (773) 694-4691<br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Wade Thomson, an attorney, hereby certify that on February 2, 2021, I caused a copy of the foregoing **Agreed Motion for Extension of Time for Defendants PeopleConnect, Inc. and Intelius LLC to Answer or Otherwise Plead** to be served upon all counsel of record via the Court's Electronic Filing system, in accordance with Local Rule 5.9.

By: */s/* Wade A. Thomson_____