## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) PEOPLECONNECT, INC., and INTELIUS LLC, ) ) ) Defendants. ) | Case No. 1:21-cv-00280<br><br>Hon. Judge Edmond E. Chang<br><br>Magistrate Judge M. David Weisman |

## AMENDED CORPORATE DISCLOSURES OF PEOPLECONNECT, INC. AND INTELIUS LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants PeopleConnect, Inc. ("PeopleConnect") and Intelius LLC ("Intelius"), through its undersigned counsel, disclose:

1. PeopleConnect, Inc., a non-public Delaware corporation, is a wholly-owned subsidiary of PeopleConnect Intermediate, LLC which is wholly-owned by its sole member, PeopleConnect Holdings, Inc., also a non-public Delaware corporation. No publicly held corporation owns 10% or more of PeopleConnect's stock. The principal place of business for these entities is Washington. PeopleConnect has no publicly held affiliates.

2. Intelius LLC, a Delaware limited liability company, is a wholly-owned subsidiary of PubRec, LLC, which has a sole member of PubRec LLC, which is wholly-owned by PubRec Holdings, Inc., a non-public Delaware corporation. No publicly held corporation owns 10% or more of Intelius' stock. The principal place of business for these entities is California. Intelius has no publicly held affiliates.

3. PCHI Parent, Inc. is a non-public Delaware parent corporation of all entities listed above. PCHI Parent, Inc.'s principal place of business is California.

Dated: April 12, 2021

Respectfully Submitted,

PEOPLECONNECT, INC., and INTELIUS LLC

By: /s/ Wade A. Thomson

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

*Attorneys for Defendants PeopleConnect, Inc., and Intelius LLC*

## **CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on April 12, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                /s/ *Wade A. Thomson*
                                                   Wade A. Thomson