IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA and NATALIA KUPIEC, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware corporation, INTELIUS LLC, a Delaware limited liability company, INSTANT CHECKMATE, LLC, a Delaware limited liability company, TRUTHFINDER, LLC a Delaware limited liability company, and US SEARCH, LLC, a Delaware limited liability company,<br><br>*Defendants*. | Case No.: 1:21-cv-00280<br><br>Judge: Hon. Edmond E. Chang |

**NOTICE OF WRITTEN CONSENT TO FILE AMENDED PLEADING AND PROPOSED BRIEFING SCHEDULE ON DISMISSAL MOTION**

Following the Court's May 27, 2021 minute entry, (dkt. 44), and the conference of counsel, Defendants PeopleConnect, Inc. and Intelius LLC ("Defendants") hereby provide their written consent, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Plaintiffs Natalia Kupiec's and Anna La Fronza's filing of the Second Amended Complaint attached hereto as Exhibit A. Further, because the filing of the Second Amended Complaint will moot Defendants' pending motion to sever, (dkt. 39), the Parties respectfully request that the Court enter the following briefing schedule on PeopleConnect, Inc.'s and Intelius LLC's forthcoming dismissal motion:

- Opening brief due June 23, 2021

- Responsive brief due July 21, 2021

1

- Reply brief due August 11, 2021

          Respectfully Submitted,

          **NATALIA KUPIEC** and **ANNA LA FRONZA**, individually and on behalf of all others similarly situated,

Dated: June 2, 2021          By: /s/ Benjamin S. Thomassen
          One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Kupiec and the putative Class*

Philip L. Fraietta (admitted *pro hac vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

J. Dominick Larry
nick@nicklarry.law
NICK LARRY LAW LLC
8 South Michigan Avenue, Suite 2600
Chicago, Illinois 60603
Tel: 773.694.4669
Fax: 773.694.4691

*Attorneys for Plaintiff La Fronza and the putative Class*

Date: June 2, 2021          **PEOPLECONNECT, INC.** and **INTELIUS LLC,**

2

By: /s/ Debbie L. Berman [with consent]

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (pro hac vice)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

*Attorneys for Defendants*