IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATALIA KUPIEC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation, and INTELIUS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:21-cv-00280<br><br>Hon. Judge Edmond E. Chang |

**PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL**

Plaintiff Natalia Kupiec respectfully moves the Court for an order of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Ms. Kupiec has informed Defendants that she will pursue her pending individual claims in arbitration. Ms. Kupiec continues to disagree with Defendants' legal and factual arguments in support of their motion to compel arbitration, including the notion that Ms. Kupiec's attorneys bound her to Defendants' terms of service or an arbitration agreement merely by including screenshots of Defendants' website in her complaint. However, the burden and delay in reaching the merits of her and the putative class's claims caused by the ancillary discovery on arbitration counsels in favor of Ms. Kupiec arbitrating her individual claims. Because Ms. Kupiec previously filed and voluntarily dismissed a case against Defendants regarding the same claim, a court order is required to dismiss her claim here without prejudicing her ability to pursue it on the merits in arbitration. *See* Fed. R. Civ. P. 41(a)(1)(B).

Ms. Kupiec's counsel met and conferred with Defendants' counsel, and Defendants' counsel indicated that Defendants do not oppose the relief sought by this motion.

Ms. Kupiec respectfully requests that the Court dismiss her claim without prejudice, with each party to bear their own fees and costs.

Dated: July 22, 2022            NATALIA KUPIEC

By: */s/* Michael Ovca

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Schuyler Ufkes
sufkes@edelson.com
Michael Ovca
movca@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Dominick Larry
nick@nicklarry.law
NICK LARRY LAW LLC
8 S. Michigan Avenue
Chicago, IL 60603
Tel: 773-694-4669

Philip L. Fraietta *(pro hac vice)*
pfraietta@bursor.com
BURSOR & FISCHER, P.A.
888 7th Avenue, 3rd Floor
New York, NY 10019
Tel: 646-837-7150

Roberto Luis Costales
rlc@beaumontcostales.com
William H. Beaumont
BEAUMONT COSTALES
107 West Van Buren, #209
Chicago, Illinois 60605
Tel:773.831.8000

*Attorneys for Plaintiff*