# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Natalia Kupiec, et al.

                       Plaintiff,

v.                                           Case No.: 1:21−cv−00280
                                                                   Honorable Edmond E. Chang

PEOPLECONNECT, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 29, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff Kupiec's unopposed motion [83] to dismiss without prejudice is granted. The case is dismissed without prejudice, including without prejudice to pursue the underlying claims in arbitration, and with each party to bear its own fees and costs. The motion to dismiss [50] is terminated as moot. The tracking status hearing set for 08/26/2022 is terminated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.